UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

      Plaintiff,

V.

                          Case No. 1:26CR29

KERR KRIISA,

      Defendant.

## ORDER APPOINTING COUNSEL

Appointment of counsel is made pursuant to the provisions of 18 U.S.C.§ 3006A. The appointment is contingent upon defendant submitting a CJA-23 financial form and, a finding made by the Court that defendant is deemed indigent and entitled to said appointment of counsel. According, it is ORDERED, Assistant Federal Public Defender, L. Richard Walker of 101 Cambridge Place, Bridgeport WV 26330, Telephone No. (304) 622-3823, is hereby APPOINTED to represent the defendant in this action.

The Clerk is directed to forward a copy of this Order to the defendant, the Office of The Federal Public Defender, United States Attorney, United States Probation, and the United States Marshals Office.

DATED:   July 7, 2026

MICHAEL J. ALOI
UNITED STATES MAGISTRATE JUDGE