IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                                    Criminal No. 1:26-CR-29
                                      (JUDGE KLEEH)

KERR KRIISA,

      Defendant.

## WAIVER OF APPEARANCE UNDER RULE 10(b)

I, Kerr Kriisa, having been charged by Indictment of various offenses, pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure and after full consultation with my attorney, do hereby:

        **X**      Waive my right to be present for the arraignment;

        **X**      Affirm that I received and reviewed a copy of the Indictment; and,

        **X**      Plead Not Guilty.

*(Each of the above boxes must be checked for the waiver to be accepted by the Court.)*

_____
Kerr Kriisa

                                          07/08/26
                                        _____
                                        Date

s/L. Richard Walker
_____
Counsel for Defendant

                                        07/09/2026
                                        _____
                                        Date