**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                          **CRIMINAL ACTION NO.: 1:26-CR-29**

**KERR KRIISA,**

      **Defendant.**

**DUE PROCESS PROTECTIONS ACT ORDER
TO ALL COUNSEL REGARDING *BRADY* OBLIGATIONS**

      Pursuant to the Due Process Protections Act of 2020, the Court reminds the Government's attorneys that under <u>Brady v. Maryland</u>, 373 U.S. 83 (1963) and its progeny, failing to disclose favorable evidence to the accused violates due process where the evidence is material either to guilt or punishment. Further, consequences for a Brady violation can include, but are not necessarily limited to, a vacated conviction and disciplinary actions against the prosecutor.

      The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED**: July 9, 2026

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE