**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG**

**UNITED STATES OF AMERICA,**

**v.**                                                                **Criminal Action No. 1:26-CR-29
                                                                     (BAILEY)**

**KERR KRIISA,**

        Defendant.

## UNITED STATES' NOTICE OF DISCOVERY DISCLOSURE

Now comes the United States of America and Matthew L. Harvey, United States Attorney for the Northern District of West Virginia, by Jarod J. Douglas, Assistant United States Attorney for said District, and hereby provides notice of disclosure to defense counsel of its First Rule 16, Jencks, and Giglio disclosures.   The disclosure is comprised of load files (and native files) for records bates numbered USAO-000001 through USAO-047039, as well as additional files comprised of seven (7) .mp3 files, fifteen (15) .pdf files, four (4) .xlsx files, and one (1) msg. file with one (1) attached .msg file.

Respectfully submitted,

MATTHEW L. HARVEY
UNITED STATES ATTORNEY


By:    /s/ Jarod J. Douglas
       Jarod J. Douglas
       Assistant U. S. Attorney

## <u>CERTIFICATE OF SERVICE</u>

I, Jarod J. Douglas, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on the 15th day of July 2026, the foregoing UNITED STATES' NOTICE OF DISCOVERY DISCLOSURE was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

I hereby certify further that on the same date, the disclosure was made available to counsel of record for download from USAfx.

MATTHEW L. HARVEY
UNITED STATES ATTORNEY

By:    /s/Jarod J. Douglas
Jarod J. Douglas
Assistant U. S. Attorney

2