PS 40A (Rev. 02/15) Notice Regarding Foreign Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO:**    Immigration and Customs Enforcement - DRO    **FROM:**    US Probation Northern District of WV

**Date:** 07/09/2026

**By** Magistrate Judge Matthew A. Stinnett

| | |
|---|---|
| Defendant:  Kerr Kriisa | Case Number:  1:26CR29 |
| Date of Birth:  ▬▬▬ | Place of Birth:  ▬▬▬ |
| SSN: | Alien ("A") Number: |

The above-named defendant surrendered Passport Number  KF0277581                          (Issuing
Country  Estonia                    ) to the custody of the U.S. District Court on    07/09/2026                .

## NOTICE OF DISPOSITION

The above case has been disposed of, and the above order of the court is no longer in effect.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Immigration and Customs Enforcement
Defendant (or representative)
Clerk of Court