**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG**

**UNITED STATES OF AMERICA,**

**vs.** **Criminal Action No. 1:26CR29**

**KERR KRIISA.**

## MOTION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL

Comes now, the Defendant, Kerr Kriisa, by L. Richard Walker, First Assistant Federal Public Defender, and respectfully moves this Honorable Court to continue the pretrial conference and trial for August 17, 2026, and August 25, 2026, and all dates for the filing of pretrial documents.

Undersigned counsel has been working diligently on this case but needs more time to review the discovery with Mr. Kriisa, evaluate the case, develop a defense, interview witnesses, conduct an appropriate investigation, and prepare for trial. The discovery is voluminous. Mr. Kerr resides in Kentucky, has limited transportation, it has not been possible for undersigned counsel to travel to Kentucky given other hearings, meetings and professional obligations. The Government represented by Jaron Douglas does **not** oppose this motion. The parties are available during October 2026, except undersigned is not available on October 28, 2026.

WHEREFORE, based on the foregoing, the defendant prays that this Honorable Court will grant the motion to continue his trial and final pretrial conference and provide new dates for other pretrial deadlines.

Respectfully submitted,

**Kerr Kriisa**

By: s/ L. Richard Walker
L. Richard Walker
WV State Bar No. 9580
Attorney for Defendant
Federal Public Defender Office
101 Cambridge Place
Bridgeport, WV 26330

## CERTIFICATION OF SERVICE

I hereby certify that on August 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Jarod Douglas, Esq.**
**U.S. Attorney's Office**
**Wheeling, WV**

By: s/ *L. Richard Walker*

L. Richard Walker
WV State Bar No. 9580
Attorney for Defendant
Federal Public Defender Office
101 Cambridge Place
Bridgeport, WV 26330
Tel. (304) 622-3823
Fax. (304) 622-4631
E-Mail: richard_walker@fd.org