**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg**

**UNITED STATES OF AMERICA,**

v.

**CRIM. ACT. NO. 1:26-CR-29**
Judge Bailey

**KERR KRIISA,**

Defendant.

## ORDER

Pending before this Court is defendant's Motion to Continue Pretrial Conference and Trial [Doc. 21], filed August 10, 2026. Therein, counsel for defendant, L. Richard Walker, states he "needs more time to review the discovery with Mr. Kriisa, evaluate the case, develop a defense, interview witnesses, conduct an appropriate investigation, and prepare for trial." [Doc. 21 at 1]. Mr. Walker also states he has not had the opportunity to travel to Kentucky in order to meet with Mr. Kriisa. [Id.]. Counsel for Mr. Kriisa further represents that the Government does not oppose a continuance. [Id.].

After careful review of the grounds offered in support, this Court finds good cause to grant the Motion. In doing so, this Court has considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B), and now finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial because the continuance will allow defense counsel time to review discovery, consider pretrial motions, and possible pre-trial resolutions. 18 U.S.C. § 3161(h)(7)(A). Accordingly, this period of delay shall be excluded in computing the time within which trial must commence. The Court **GRANTS** the continuance [**Doc. 21**], which tolls the Speedy Trial Clock as of

the date of this Order. The **trial** in this matter will now commence on **October 13, 2026, at 9:00 a.m.** Additionally, the **pretrial conference** in this matter is hereby **CONTINUED** until **October 5, 2026, at 3:45 p.m.**

As a final matter, in light of the above continuances, all other remaining deadlines are hereby **EXTENDED** by a period of time commensurate to the new trial date. If any additional pretrial motions are filed, the parties are directed to contact the magistrate judge to schedule a motions hearing.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein, the United States Marshals Service, and the United States Probation Office.

**DATED**: August 10, 2026.

JOHN PRESTON BAILEY
**UNITED STATES DISTRICT JUDGE**