FILED

OCT 08 2026

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**v.**<br>**KERR KRIISA,**<br>**Defendant.** | **Criminal Action No.: 1:26-CR-29**<br>**(JUDGE BAILEY)** |

**WAIVER OF ARTICLE III JUDGE AND CONSENT TO ENTER GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE**

I, Kerr Kriisa, being charged in Count One, Count Two, Count Three, Count Four, and Count Five with Wire Fraud, in violation of Title 18, United States Code, Section 1343, in the Northern District of West Virginia, and being advised of the nature of the charge(s) in the Indictment and of my right to have my guilty plea taken by a United States District Judge, hereby waive my right and, instead, consent to have the United States Magistrate Judge hear my guilty plea.

Kerr Kriisa — Date: OCT 8, 2026

Counsel for Defendant — Date: Oct 8, 2026

Concurrence of the United States Attorney

The United States of America and Matthew L. Harvey, United States Attorney for the Northern Judicial District of West Virginia, by Jarod J. Douglas, Assistant United States Attorney, hereby consent and agree to have the Federal Magistrate Judge take the defendant's guilty plea in this case.

Assistant United States Attorney